IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT G. LUSTYIK, JR.,<br>MICHAEL L. TAYLOR, and<br>JOHANNES W. THALER,<br><br>　　　　　Defendants. | ORDER<br><br>Case No. 2:12-CR-645-TC |

　　　　Defendants Robert Lustyik and Johannes Thaler have filed a Motion to Order the Department of Justice (Public Integrity Unit) Attorneys to Comply with Judge Campbell's Order and Mandate Issued in Court on June 24, 2013 (Docket No. 348). For the reasons set forth in the United States' response (Docket No. 353), the motion is DENIED.

　　　　DATED this 23rd day of July, 2013.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*Tena Campbell*
　　　　　　　　　　　　　　　　TENA CAMPBELL
　　　　　　　　　　　　　　　　U.S. District Court Judge