Raymond Mansolillo, Esq. (*Admitted Pro Hac Vice*)
101 Federal Street, Suite 1900
Boston, MA 02110
Telephone:	(617) 342-7181
Facsimile:	(617) 342-7080
RMansolillo@cox.net

Michael J. Langford, Esq. (#9682)
LAW OFFICE OF MICHAEL J. LANGFORD, P.C.
9 EXCHANGE PLACE, Ste. 650
Salt Lake City, UT 84111
Telephone: (801) 328-4090
Fax: (801) 746-5613
Email: Michael@mjl-law.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br><br>v.<br><br>ROBERT G. LUSTYIK, JR., *et al.*,<br>     Defendants. | Case No. 2:12-cr-00645<br><br>Judge Tena Campbell |

**OBJECTION OF DEFENDANT, ROBERT G. LUSTYIK, JR.,
TO MOTION REQUIRING DEFENSE COUNSEL TO RETURN TO CISO
CERTAIN PRODUCED ITEMS BY USA**

Defendant, Robert G. Lustyik, Jr., hereby objects to the United States' Motion Requiring Defense Counsel to Return to CISO Certain Produced Items (Document No. 474). As grounds, Defendant avers that the documents in question are not confidential/classified.

WHEREFORE, Defendant respectfully requests a sealed hearing on this matter to discuss what the government contests is classified and why Defendant avers that it is not. Witnesses may be required.

Respectfully submitted,

   /s/ Raymond Mansolillo
Raymond Mansolillo  (admitted *pro hac vice*)
101 Federal Street, Suite 1900
Boston, MA 02110
Telephone:     (617) 342-7181
Facsimile:     (617) 342-7080
rmansolillo@cox.net


LOCAL COUNSEL:
Michael J. Langford, Utah State Bar #9682
LAW OFFICE OF MICHAEL J. LANGFORD, P.C.
9 EXCHANGE PLACE, Ste. 650
Salt Lake City, UT 84111
Telephone: (801) 328-4090
Fax: (801) 746-5613
Email: Michael@mjl-law.com