RAYMOND MANSOLILLO *(admitted pro hac vice)*
101 Federal Street, Suite 1900
Boston, MA 02110
Telephone: (617) 342-7181
Facsimile: (617) 342-7080
email: rmansolillo@cox.net

Michael J. Langford, Utah State Bar #9682 *(Local Counsel)*
LAW OFFICE OF MICHAEL J. LANGFORD, P.C.
9 Exchange Place Suite 650
Salt Lake City, Utah 84111
Telephone: (801) 328-4090
Facsimile: (801) 746-5613
email: Michael@mjl-law.com

Attorneys for Defendant

Filed with Classified Information Security Officer
CISO _Branden Joseph_
Date _4-24-2014_

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>vs.<br><br>**ROBERT G. LUSTYIK, Jr.** and<br><br>**JOHANNES W. THALER**<br><br>**Defendants.** | **FILED UNDER SEAL**<br><br>**DEFENDANT'S MOTION FOR CONTINUANCE UNDER CIPA §5 PROMULGATED BY THE GOVERNMENT PROSECUTORS IMPROPER HANDLING OF CLASSIFIED INFORMATION AND MATERIALS IN THEIR PRODUCTION OF DISCOVERY**<br><br>Honorable Tena Campbell<br><br>Case No. 2:12-CR-00645 |

***************

*********************

***************************