FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
MAY 06 2014
D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

---

United States of America

v.

Robert G. Lustyik, Jr.

Case No. 2:12-cr-00645-TC-DBP

---

## ORDER

Upon review of defendant, Robert G. Lustyik, Jr.'s Motion Authorizing Travel for defense team, for the reasons stated therein, this Court orders as follows:

Defense team is hereby authorized to travel from Providence to Washington D.C. on Monday, May 12, 2014 thru Wednesday, May 14, 2014, to review the classified filings by the Government.

**SO ORDERED.**

DATED this 6th day of May, 2014.

Dustin B. Pead
United States Magistrate Judge