IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT G. LUSTYIK, et al.,<br><br>Defendants. | **ORDER**<br><br>Case No. 2:12-CR-645<br><br>Judge Tena Campbell |

Before the court is a motion filed by Defendants Lustyik and Thaler for a continuance of their filing deadline under Section 5 of the Classified Information Procedures Act (CIPA). (See Docket No. 639.) The court set an expedited briefing schedule. (See Docket No. 638.)

On May 5, 2014, Defendants Lustyik and Thaler requested additional time to file their reply in support of their motion so that they can review the classified supplement to the government's response. (See Docket No. 642.) The government's response and the classified supplement were both filed on May 2, 2014. (See Docket Nos. 640 and 641.)

The court DENIES Defendants' motion (Docket No. 642) for an extension. The government's publicly-docketed response (Docket No. 640) contains sufficient information for Defendants to craft their reply by May 9, 2014.

SO ORDERED this 6th day of May, 2014.

BY THE COURT:

*Tena Campbell*
_____
Tena Campbell
United States District Judge