| | | |
|---|---|---|
| JACK SMITH, Chief<br>David V. Harbach, II, Deputy Chief<br>Peter M. Koski, Deputy Chief<br>Maria N. Lerner, Trial Attorney<br>U.S. Department of Justice<br>Criminal Division, Public Integrity Section<br>1400 New York Ave. NW, 12th Floor<br>Washington, D.C. 20530<br>Telephone:   202.514.1412 | JAIKUMAR RAMASWAMY, Chief<br>Ann Marie Blaylock Bacon, Trial Atty<br>U.S. Department of Justice<br>Criminal Division, Asset Forfeiture and<br>     Money Laundering Section<br>1400 New York Ave. NW, 10th Floor<br>Washington, D.C. 20530<br>Telephone:   202.514.1263 | DAVID B. BARLOW, U.S. Atty (# 13117)<br>Karin Fojtik, A.U.S.A. (# 7527)<br>U.S. Attorney's Office, District of Utah<br>185 South State Street, Suite 300<br>Salt Lake City, Utah 84111-1506<br>Telephone:        801.524.5682<br>Facsimile:         801.524.6924 |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ROBERT G. LUSTYIK, JR., and<br>JOHANNES W. THALER,<br><br>            Defendants. | Case No.  2:12-cr-645 (TC) (DBP)<br><br>**NOTICE TO THE COURT** |

The United States files this Notice to provide the Court with a copy of the letter described in the Government's Response to Defendants' Motion for Extension of Time.  *See* Doc. 640 at 5. The letter, attached as Exhibit A, was sent to the defendants via email on May 6, 2014.

Respectfully submitted,

| | |
|---|---|
| JACK SMITH<br>Chief | JAIKUMAR RAMASWAMY<br>Chief |
| By:   */s/  David V. Harbach, II*<br>          David V. Harbach, II, Deputy Chief<br>          Peter M. Koski, Deputy Chief<br>          Maria N. Lerner, Trial Attorney<br>          Public Integrity Section | By:   */s/  Ann Marie Blaylock Bacon*<br>          Pamela Hicks, Deputy Chief<br>          Ann Marie Blaylock Bacon, Trial Attorney<br>          Asset Forfeiture/Money Laundering Section |