IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>ROBERT G. LUSTYIK, JR., and JOHANNES W. THALER,<br><br>       Defendants. | **ORDER**<br><br><br>Case No. 2:12-CR-645-TC-DBP |

   Defendants Robert Lustyik and Johannes Thaler filed a joint motion to continue the September 29, 2014 trial date.  (See June 4, 2014 Motion (Doc. No. 679).)  They contend that they need another year to prepare their defense.  The court is strongly inclined to deny the motion.  But the court will withhold ruling until briefing is complete and the court has fully reviewed the parties' arguments.

   The parties are hereby ORDERED to brief the issues on an expedited basis.  The United States's response to the motion is due no later than Thursday, June 12, 2014.  The Defendants' reply is due no later than Tuesday, June 17, 2014.  If the court determines that a hearing is required, it will notify the parties.  In the meantime, the court directs the parties to continue preparing their respective cases with the understanding that trial is to begin September 29, 2014.

   DATED this 5th day of June, 2014.

                              BY THE COURT:

                              *Tena Campbell*
                              TENA CAMPBELL
                              U.S. District Court Judge