Darin B. Goff (Bar No. 11355)
**LAW OFFICE OF DARIN B. GOFF, PC**
8941 South 700 East
Suite 203
Sandy, UT 84070
Tel:  801.349.2743
Fax: 801.208.1163
dgoff@dbgofflaw.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT G. LUSTYIK, JR. and JOHANNES W. THALER<br><br>    Defendants. | **NOTICE OF CHANGE OF ADDRESS, TELEPHONE AND FAX NUMBER**<br><br>Case No. 2:12-cr-00645 (TC)<br><br>Judge Tena Campbell |

Darin B. Goff, of the Law Office of Darin B. Goff, PC, hereby gives notice of a change of address, telephone and fax number as indicated above.

DATED June 5, 2014.

**LAW OFFICE OF DARIN B. GOFF, PC**

*/s/ Darin B. Goff*

_____
DARIN B. GOFF

2

## CERTIFICATE OF SERVICE

I certify that on June 5, 2014, I caused to be served a copy of the foregoing CHANGE OF ADDRESS, TELEPHONE AND FAX NUMBER, to counsel of record using the ECF system.

                                              */s/ Darin B. Goff*