FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

2014 JUN 13 A 9: 36

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.  2:12-cr-645 (TC) (DBP) |
| vs. | **ORDER** |
| ROBERT G. LUSTYIK, JR. and JOHANNES W. THALER, | |
| Defendants. | |

After consideration of the Government's Motion for Extension of Time to File Response, and for good cause shown, it is hereby

**ORDERED** that the Government's Motion is **GRANTED**, and the Government will file its response to defendants' Motion to Continue (Doc. 679) by June 16, 2014.

DATED this _13_ day of June 2014.

*Defendants will have until Friday, TC June 20, 2014, To file their reply. Tena Campbell*

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
U.S. District Court Judge