IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT G. LUSTYIK, JR. and<br>JOHANNES W. THALER,<br><br>Defendants. | Case No. 2:12-cr-645 (TC) (DBP)<br><br>**ORDER** |

After consideration of the Government's Motion to Seal Notice of Defendant Lustyik's No-Contact List (Doc. ), and for good cause shown, it is hereby

**ORDERED** that the Government's Motion is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall docket the Government's Notice of Defendant Lustyik's No-Contact List under seal.

DATED this 17th day of June, 2014.

BY THE COURT:

DUSTIN B. PEAD
U.S. Magistrate Judge