IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT G. LUSTYIK, JR., MICHAEL L. TAYLOR, and JOHANNES W. THALER,<br><br>Defendants. | ORDER<br><br>Case No. 2:12-CR-645-TC-DBP |

On June 4, 2014, Defendants Robert Lustyik and Johannes Thaler filed a Joint Motion to Continue the Trial Date. In their motion, the Defendants allege that the government has provided them with over two million pages of discovery and that the discovery in Productions 2, 5, 6, and 9 encompasses "more than half of the total discovery that has been produced by the government." (Defs.' Mot. to Continue Trial, Docket No. 679 at 6.)

The court directs the government to provide the court with a list of all productions[1] (Production 1, Production 2, etc.), the dates that each production was provided to the Defendants, and the total amount of pages in each production no later than Friday, June 20, 2014.

SO ORDERED this 18th day of June, 2014.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
U.S. District Court Judge

---

[1] In their motion, the Defendants have labeled the productions as Production 1, Production 2, etc. The government should provide the court with the requested information in a way that corresponds with these designations.