IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>vs.<br><br>ROBERT G. LUSTYIK, JR, and<br>JOHANNES W. THALER<br><br>                         Defendants. | Case No. 2:12-cr-645 (TC) (DBP)<br><br>**ORDER**<br><br>District Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

After consideration of the Government's Motion to Seal Government's CIPA §5(b) Motion to Preclude the Use of Classified Information, and for good cause shown, it is hereby

**ORDERED** that the Government's Motion is **GRANTED**. (Docket No. 691.)

It is further **ORDERED** that the Clerk of the Court shall docket the Government's CIPA §5(b) Motion to Preclude the Use of Classified Information under seal.

DATED this 20th day of June, 2014.

BY THE COURT:

_____
DUSTIN B. PEAD
U.S. Magistrate Judge