IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT G. LUSTYIK, JR. and<br>JOHANNES W. THALER,<br><br>　　　　　　Defendants. | ORDER<br><br><br>Case No. 2:12-CR-645-TC |

　　　　Defendants Robert Lustyik and Johannes Thaler moved for an indefinite continuance of the September 29, 2014 trial in this matter.  The court has reviewed the motion and finds that a continuance is unwarranted.

　　　　The court will explain the reason for the denial of the continuance in a later order.  Further, the court does not adopt the government's suggestion in its opposition memorandum that CJA funds be allocated to pay for additional document reviewers to assist the defense team.  But the court will entertain a detailed, timely motion from the Defendants to allocate CJA funds for the purchase of document review software.  The Motion to Continue Trial Date (Docket No. 679) is DENIED.  The trial will occur as scheduled.

　　　　SO ORDERED this 23rd day of June, 2014.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*Tena Campbell*

　　　　　　　　　　　　　　　　　　　　TENA CAMPBELL
　　　　　　　　　　　　　　　　　　　　Chief Judge