IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ROBERT G. LUSTYIK, JR., and<br>JOHANNES W. THALER,<br><br>　　　　　　　Defendants. | **ORDER**<br><br>Case No. 2:12-CR-645-TC<br><br>Judge Tena Campbell |

　　　　On June 20, 2014, the United States filed a sealed motion to preclude the use of classified information pursuant to Section 5(b) of the Classified Information Procedures Act (CIPA). (See Docket No. 693.)

　　　　Defendants Robert G. Lustyik, Jr. and Johannes W. Thaler must file their response to the government's motion on June 25, 2014.

　　　　SO ORDERED this 23rd day of June, 2014.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Tena Campbell
　　　　　　　　　　　　　　　　United States District Judge