IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>ROBERT G. LUSTYIK, JR., and<br>JOHANNES W. THALER,<br><br>               Defendants. | **ORDER**<br><br>Case No. 2:12-CR-645-TC<br><br>Judge Tena Campbell |

      On June 6, 2014, Defendants Robert G. Lustyik and Johannes W. Thaler filed a document with the Court Information Security Officer (CISO) that purported to provide notice pursuant to Section 5(a) of the Classified Information Procedures Act (CIPA) of the classified information that they intend to disclose, or cause to be disclosed, at trial.

      In response, the United States of America filed a sealed motion on June 20, 2014 seeking relief pursuant to Section 5(b) of the Classified Information Procedures Act (CIPA).  (See Docket No. 693.)  The government argued that the Defendants failed to provide appropriate notice of the classified information that they seek to disclose, or cause to be disclosed, at trial.

      The court ordered expedited briefing from the Defendants, who filed their sealed response on June 25, 2014.  (See Docket Nos. 697 and 701.)

      After carefully reviewing the parties' arguments, as well as the Defendants' June 6, 2014 Section 5(a) filing, the court finds that the Defendants' Section 5(a) filing was not sufficient.  It did not fulfill CIPA's Section 5(a) notice requirements.

Defendants have until July 11, 2014 to file an amended CIPA Section 5(a) notice of the classified information that they intend to disclose, or cause to be disclosed, at trial.

If Defendants do not comply with the notice requirements of Section 5(a), the court will consider imposing the sanctions outlined in Section 5(b).

SO ORDERED this 26th day of June, 2014.

BY THE COURT:

_____
Tena Campbell
United States District Judge

```
                United States District Court
                          for the
                     District of Utah
                      June 26, 2014


              ******MAILING CERTIFICATE OF THE CLERK******

RE:   USA v. Robert G. Lustyik & Johannes W. Thaler
      2:12-cr-00645-TC-DBP


Ann Marie Blaylock Bacon
US DEPARTMENT OF JUSTICE
1400 NEW YORK AVE NW
WASHINGTON, DC  20005

John F. De Pue
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON, DC  20530

Kevin O. Driscoll
US DEPARTMENT OF JUSTICE
1400 NEW YORK AVE NW
WASHINGTON, DC  20005

Ryan Scott Ferber
US DEPARTMENT OF JUSTICE
600 E ST NW 10TH FL
WASHINGTON, DC  20530

Karin  Fojtik
US ATTORNEY'S OFFICE (UT)
SALT LAKE CITY, UT  00000

David V. Harbach
US DEPARTMENT OF JUSTICE
1400 NEW YORK AVE NW
WASHINGTON, DC  20005

Pamela J. Hicks
US DEPARTMENT OF JUSTICE
1400 NEW YORK AVE NW
WASHINGTON, DC  20005

Peter M. Koski
US DEPARTMENT OF JUSTICE
1400 NEW YORK AVE NW
WASHINGTON, DC  20005

Michael J. Langford
LAW OFFICES OF MICHAEL J LANGFORD
43 E 400 S
SALT LAKE CITY, UT  84111

Maria N. Lerner
US DEPARTMENT OF JUSTICE
1400 NEW YORK AVE NW
WASHINGTON, DC  20005

Raymond  Mansolillo
COLOIAN MANSOLILLO LLC
101 FEDERAL ST  STE 1900
BOSTON, MA  02210

Peter  Mason
US DEPARTMENT OF JUSTICE
1400 NEW YORK AVE NW - #12100
```

WASHINGTON, DC   20005

Richard C. Pilger
US DEPARTMENT OF JUSTICE
1400 NEW YORK AVE NW  STE 12100
WASHINGTON, DC   20005

Scott Jay Thorley
US ATTORNEY'S OFFICE (UT)
SALT LAKE CITY, UT   00000

Daniel  Calabro
MANSOLILLO-CALABRO LLC
24 PETTACONSETT AVE STE F
CRANSTON, RI   02920

Darin B. Goff
THE LAW OFFICE OF DARIN B GOFF PC
8941 S 700 E STE 203
SANDY, UT   84070

_____

Becky L. Harris, Deputy Clerk