RAYMOND MANSOLILLO (*admitted pro hac vice*)
101 Federal St., Ste. 1900
Boston, MA 02110
Telephone:     (601) 342-7181
Facsimile:     (888) 461-1955
**rmansolillo@cox.net**

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 2:12-cr-00645 (TC) |
|      Plaintiff | Honorable Dustin Pead |
| v. | |
| ROBERT G. LUSTIYK, JR., MICHAEL L. TAYLOR, and JOHANNES W. THALER | |
|      Defendants | |

---

### MOTION TO AUTHORIZE TRAVEL AND TRAVEL COSTS FOR TRAVEL TO WASHINGTON, DC TO REVIEW CLASSIFIED DOCUMENTS IN THE SCIF

Now comes Attorney Raymond Mansolillo, CJA Appointed Counsel for

Defendant Robert G. Lustyik Jr., and moves this Court for authorization to travel and for

travel costs to be reimbursed by the CJA for required travel to the SCIF located in

Washington, DC on July 9 through July 11, 2014 to review classified information.

Respectfully Submitted,


/s/ Raymond Mansolillo
Raymond Mansolillo
101 Federal St., Suite 1900
Boston, MA 02110