IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT G. LUSTYIK, JR., and JOHANNES W. THALER,<br><br>　　　　　　　Defendants. | **ORDER**<br><br>Case No. 2:12-CR-645-TC-DBP |

　　　Defendants Robert G. Lustyik, Jr., and Johannes W. Thaler have filed a joint motion for reconsideration of the court's order denying their motion to continue the September 29, 2014 trial date. (See Doc. No. 717 (seeking reconsideration of the court's June 30, 2014 Order & Mem. Decision on Mot. Continue (Doc. No. 705).) The court carefully reviewed and considered the record and pleadings related to the Defendants' joint motion for a continuance. Now, having reviewed the Defendants' joint motion for reconsideration, the court finds that reconsideration is not warranted. Accordingly, the motion for reconsideration (Doc. No. 717) is DENIED.

　　　DATED this 11th day of July, 2014.

　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　*Tena Campbell*
　　　　　　　　　　　TENA CAMPBELL
　　　　　　　　　　　U.S. District Court Judge