Filed with Classified
Information Security Officer

CISO _____

Date ___6-6-2014___

RAYMOND MANSOLILLO *(admitted pro hac vice)*
101 Federal Street, Suite 1900
Boston, MA 02110
Telephone: (617) 342-7181
Facsimile: (617) 342-7080
email: rmansolillo@cox.net

Michael J. Langford, Utah State Bar #9682 *(Local Counsel)*
LAW OFFICE OF MICHAEL J. LANGFORD, P.C.
9 Exchange Place Suite 650
Salt Lake City, Utah 84111
Telephone: (801) 328-4090
Facsimile: (801) 746-5613
email: Michael@mjl-law.com

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA | FILED UNDER SEAL |
|---|---|
| **Plaintiff,** | **DEFENDANT'S JOINT MOTION TO PROVIDE NOTICE AND REQUEST DISCOVERY UNDER SECTION 5 OF THE CLASSIFIED INFORMATION PROCEDURES ACT** |
| vs. | |
| ROBERT G. LUSTYIK, Jr. and | |
| JOHANNES W. THALER | **Honorable Tena Campbell** |
| **Defendants.** | **Case No. 2:12-CR-00645** |

***************

*********************

****************************