IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT G. LUSTYIK, JR., and<br>JOHANNES W. THALER,<br><br>Defendants. | **ORDER**<br><br>Case No. 2:12-CR-645-TC<br><br>Judge Tena Campbell |

In response to the inadequate notice that Defendants provided on June 6, 2014 under Section 5(a) of the Classified Information Procedure Act (CIPA), the court ordered them to file an amended Section 5(a) notice with the Court Information Security Officer (CISO).  (See Docket No. 702 and 721.)

Defendants did so on July 11, 2014.  (See Docket No. 722.)

The court has carefully reviewed the amended notice, as it did the initial notice.

In light of the September 29, 2014 trial date, the court orders the following expedited schedule to address the use of classified information at trial:

The United States of America must file its response, if any, to the Defendants' amended Section 5(a) notice, including any motions under CIPA Section 5(b) or Section 6, by July 25, 2014.

The Defendants must file their reply in support or their notice and/or their response to any government motion, by August 8, 2014.

The court will hold a hearing on all pending motions at 9:00 a.m. on August 13, 2014. There will be a notice of hearing with additional details.

SO ORDERED this 8th day of July, 2014.

BY THE COURT:

_____
Tena Campbell
United States District Judge