JACK SMITH, Chief
David V. Harbach II, Deputy Chief
Peter M. Koski, Deputy Chief
Maria N. Lerner, Trial Attorney
U.S. Department of Justice
Criminal Division, Public Integrity Section
1400 New York Ave. NW, 12th Floor
Washington, D.C. 20530

KATHLEEN M. KEDIAN, Chief
Ryan Scott Ferber, Trial Attorney
U.S. Department of Justice
National Security Division
Counterespionage Section
600 E Street, NW
Washington, DC  20530

JAIKUMAR RAMASWAMY, Chief
Ann Marie Blaylock Bacon, Trial Atty
U.S. Department of Justice
Criminal Division, Asset Forfeiture and
    Money Laundering Section
1400 New York Ave. NW, 10th Floor
Washington, D.C. 20530

CARLIE CHRISTENSEN, Acting U.S.A. (#633)
Karin Fojtik, A.U.S.A. (# 7527)
U.S. Attorney's Office, District of Utah
185 South State Street, Suite 300
Salt Lake City, Utah 84111-1506
Telephone:     801.524.5682
Facsimile:     801.524.6924

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT G. LUSTYIK, JR. and<br>JOHANNES W. THALER,<br><br>Defendants. | Case No.  2:12-cr-645 (TC) (DBP)<br><br>**NOTICE OF FILING OF GOVERNMENT'S RENEWED CIPA § 5(b) MOTION TO PRECLUDE THE USE OF CLASSIFIED INFORMATION** |

The United States, by and through undersigned counsel, respectfully provides notice that it filed with the Classified Information Security Officer its Renewed CIPA § 5(b) Motion to Preclude the Use of Classified Information.

Respectfully submitted,

| | |
|---|---|
| JACK SMITH<br>Chief | KATHLEEN M. KEDIAN<br>Chief |
| By: */s/ Maria N. Lerner*<br>David V. Harbach II, Deputy Chief<br>Peter M. Koski, Deputy Chief<br>Maria N. Lerner, Trial Attorney<br>Public Integrity Section | By: */s/ Ryan Scott Ferber*<br>Ryan Scott Ferber, Trial Attorney<br>Trial Attorney<br>Counterespionage Section<br>National Security Division |

JAIKUMAR RAMASWAMY
Chief

By: */s/ Ann Marie Blaylock Bacon*
Ann Marie Blaylock Bacon
Trial Attorney
Asset Forfeiture & Money Laundering Section

2