IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT G. LUSTYIK, et al.,<br><br>　　　　　　Defendants. | ORDER<br><br><br><br><br><br>Case No. 2:12-CR-645-TC-DBP |

　　　　Defendants Robert Lustyik and Johannes Thaler are scheduled to file an opposition to the Government's renewed CIPA Section 5(b) motion on August 8, 2014.  (See July 8, 2014 Order (Doc. No. 723).)  The court understands that counsel for Mr. Lustyik and Mr. Thaler may have filed additional information with the Government on July 30, 2014, as a supplement to their amended CIPA Section 5(a) Notice.  The court directs the Defendants to include that additional information, if any, in their August 8, 2014 filing.  To the extent the Defendants address information not previously included in their amended CIPA Section 5(a) Notice, the Government may file a surreply concerning that new information no later than August 11, 2014.  Defendants will have an opportunity at the August 14, 2014 hearing to discuss the Government's surreply.

　　　　SO ORDERED this 1st day of August, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*Tena Campbell*
　　　　　　　　　　　　　　　　　　　　　　　　TENA CAMPBELL
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge