JACK SMITH, Chief
David V. Harbach II, Deputy Chief
Peter M. Koski, Deputy Chief
Maria N. Lerner, Trial Attorney
U.S. Department of Justice
Criminal Division, Public Integrity Section
1400 New York Ave. NW, 12th Floor
Washington, D.C. 20530

JAIKUMAR RAMASWAMY, Chief
Ann Marie Blaylock Bacon, Trial Atty
U.S. Department of Justice
Criminal Division, Asset Forfeiture and
   Money Laundering Section
1400 New York Ave. NW, 10th Floor
Washington, D.C. 20530

KATHLEEN M. KEDIAN, Chief
Ryan Scott Ferber, Trial Attorney
U.S. Department of Justice
National Security Division
Counterespionage Section
600 E Street, NW
Washington, DC  20530

CARLIE CHRISTENSEN, Acting U.S.A. (#633)
Karin Fojtik, A.U.S.A. (# 7527)
U.S. Attorney's Office, District of Utah
185 South State Street, Suite 300
Salt Lake City, Utah 84111-1506
Telephone:     801.524.5682
Facsimile:      801.524.6924

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>ROBERT G. LUSTYIK, JR. and<br>JOHANNES W. THALER,<br><br>               Defendants. | Case No.  2:12-cr-645 (TC) (DBP)<br><br>**NOTICE OF FILING OF SUPPLEMENT TO GOVERNMENT'S RENEWED CIPA § 5(b) MOTION TO PRECLUDE THE USE OF CLASSIFIED INFORMATION** |

      The United States, by and through undersigned counsel, respectfully provides notice that it filed with the Classified Information Security Officer a Supplement to its Renewed CIPA § 5(b) Motion to Preclude the Use of Classified Information.

Respectfully submitted,

| | |
|---|---|
| JACK SMITH<br>Chief | KATHLEEN M. KEDIAN<br>Chief |

By: */s/ Maria N. Lerner*            By: */s/ Ryan Scott Ferber*
     David V. Harbach II, Deputy Chief     Ryan Scott Ferber, Trial Attorney
     Peter M. Koski, Deputy Chief     Trial Attorney
     Maria N. Lerner, Trial Attorney     Counterespionage Section
     Public Integrity Section     National Security Division

JAIKUMAR RAMASWAMY
Chief

By: */s/ Ann Marie Blaylock Bacon*
     Ann Marie Blaylock Bacon
     Trial Attorney
     Asset Forfeiture & Money Laundering Section