Filed with Classified Information Security Officer

CISO _Brandn Joyn_

Date _8-8-2014_

Raymond Mansolillo, Esq. (*Admitted Pro Hac Vice*)
101 Federal Street, Suite 1900
Boston, MA 02110
Tel:  (617) 342-7181
Fax: (617) 342-7080
Email: rmansolillo@cox.net

Michael J. Langford, Utah State Bar #9682 (Local Counsel)
Law Office of Michael J. Langford, P.C.
9 Exchange Place, Ste. 650
Salt Lake City, UT 84111
Tel: (801) 328-4090
Fax: (801) 746-5613
Email: Michael@mjl-law.com

Daniel Calabro, Esq. (*Admitted Pro Hac Vice*)
24 Pettaconsett Avenue, Unit E
Cranston, RI 02920
Tel: (401) 203-0470
Fax: (888) 461-1955
Email: calabrolaw@gmail.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>ROBERT G. LUSTYIK, JR., and<br>JOHANNES THALER<br>　　　Defendants | Case No. 2:12-cr-00645 (TC)<br><br>**DEFENDANTS' RESPONSE TO GOVT. RENEWED CIPA 5(b) MOTION TO PRECLUDE THE USE OF CLASSIFIED INFORMATION**<br><br><u>**UNDER SEAL**</u> |