Raymond Mansolillo, Esq. (*Admitted Pro Hac Vice* )
101 Federal Street, Suite 1900
Boston, MA 02110
Tel:  (617) 342-7181
Fax: (617) 342-7080
Email: rmansolillo@cox.net

Michael J. Langford, Utah State Bar #9682 (Local Counsel)
9 Exchange Place, Ste. 650
Salt Lake City, UT 84111
Tel: (801) 328-4090
Fax: (801) 746-5613
Email: Michael@mjl-law.com

Daniel Calabro, Esq. (*Admitted Pro Hac Vice)*
24 Pettaconsett Avenue, Unit E
Cranston, RI 02920
Tel: (401) 203-0470
Fax: (888) 461-1955
Email: calabrolaw@gmail.com

**Attorneys for Defendants**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff<br><br>v.<br><br>ROBERT G. LUSTYIK, JR., MICHAEL L. TAYLOR, and JOHANNES W. THALER<br><br>        Defendants | Criminal No. 2:12-cr-00645 (TC)<br><br>Honorable Tena Campbell |

**DEFENDANTS' JOINT ACKNOWLEDGMENT OF ORDER [Doc. 626]**

1

Defendants Robert Lustyik and Johannes Thaler (hereinafter collectively "Defendants"), by and through their undersigned counsel, hereby acknowledge the Order issued by Magistrate Judge Pead on April 15, 2014 [Doc. 626].

Respectfully Submitted,

Robert Lustyik, Jr.,
By his attorney,

/s/ *Raymond Mansolillo*
Raymond Mansolillo, Esq.
100 Federal Street
Suite 1900
Boston, MA 02110
617-342-7181

Johannes Thaler,
By his attorney,

/s/ *Daniel Calabro, Jr.*
Daniel Calabro, Jr., Esq.
24 Pettaconsett Ave.
Suite F
Cranston, RI 02920
401-390-3342(tel)

## CERTIFICATION

I hereby certify that on the 17th day of December, 2013, I served a copy of this Motion via CM/ECF system.

*/s/ Raymond Mansolillo*
Raymond Mansolillo

2