IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

|  |  |
|---|---|
| United States of America, | Case No. 2:12-cr-00645-TC-DBP |
| Plaintiff, |  |
| v. |  |
| Robert G. Lustyik, Jr., and Johannes W. Thaler, |  |
| Defendants, |  |

**DEFENDANTS JOINT NOTICE OF CLASSIFIED FILING**

Defendants joint notice of a classified filing made jointly by the defendants through the CISO yesterday, August 28, 2014. The CISO will be forwarding the filing to the government and to Judge Campbell forthwith.

Respectfully Submitted,

Robert G. Lustyik, Jr.,
By his attorney,

*/s/ Raymond Mansolillo*
Raymond Mansolillo, Esq. *(Admitted Pro Hac)*
101 Federal Street, Suite 1900
Boston, MA  02110
Telephone: (617) 342-7181
Facsimile:  (617) 342-7080
Email:      rmansolillo@cox.net

*/s/ Michael J. Langford*

Michael J. Langford, Utah State Bar #9682 (Local Counsel)
Law Office of Michael J. Langford, P.C.
9 Exchange Place, Suite 650
Salt Lake City, Utah  84111
Telephone: (801) 328-4090
Facsimile:   (801) 746-5613
Email:      Michael@mjl-law.com

Johannes W. Thaler,
By his attorney,

*/s/Daniel Calabro, Jr.*
Daniel Calabro, Jr.
24 Pettaconsett Ave, Suite F
Cranston, RI 02920
Telephone: (401) 390-3342
Email: calabrolaw@cox.net

## CERTIFICATION

I hereby certify that on the 29th day of August, 2014, I served a copy of this Notice via CM/ECF system.

*/s/Raymond Mansolillo, Esq.*