Filed with the Classified
Information Security Officer
CISO M Lutz
Date 8/29/2014

Raymond Mansolillo, Esq. (*Admitted Pro Hac Vice*)
101 Federal Street, Suite 1900
Boston, MA 02110
Tel: (617) 342-7181
Fax: (617) 342-7080
Email: rmansolillo@cox.net

Michael J. Langford, Utah State Bar #9682 (Local Counsel)
Law Office of Michael J. Langford, P.C.
9 Exchange Place, Ste. 650
Salt Lake City, UT 84111
Tel: (801) 328-4090
Fax: (801) 746-5613
Email: Michael@mjl-law.com

Daniel Calabro, Esq. (*Admitted Pro Hac Vice*)
24 Pettaconsett Avenue, Unit E
Cranston, RI 02920
Tel: (401) 203-0470
Fax: (888) 461-1955
Email: calabrolaw@gmail.com

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT G. LUSTYIK, JR., and<br>JOHANNES THALER<br>    Defendants | Case No. 2:12-cr-00645 (TC)<br><br>**DEFENDANTS' SECOND AMMENDED JOINT CIPA §5(a) NOTICE** |