| | | |
|---|---|---|
| JACK SMITH, Chief<br>Peter M. Koski, Deputy Chief<br>Maria N. Lerner, Trial Attorney<br>U.S. Department of Justice<br>Criminal Division, Public Integrity Section<br>1400 New York Ave. NW, 12th Floor<br>Washington, D.C. 20530 | JAIKUMAR RAMASWAMY, Chief<br>Ann Marie Blaylock Bacon, Trial Atty<br>U.S. Department of Justice<br>Criminal Division, Asset Forfeiture and<br>   Money Laundering Section<br>1400 New York Ave. NW, 10th Floor<br>Washington, D.C. 20530 | CARLIE CHRISTENSEN, Acting U.S.A. (#633)<br>Karin Fojtik, A.U.S.A. (# 7527)<br>U.S. Attorney's Office, District of Utah<br>185 South State Street, Suite 300<br>Salt Lake City, Utah 84111-1506<br>Telephone:  801.524.5682<br>Facsimile:   801.524.6924 |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ROBERT G. LUSTYIK, JR. and<br>JOHANNES W. THALER,<br><br>　　　　　　　Defendants. | Case No.  2:12-cr-645 (TC) (DBP)<br><br>**GOVERNMENT'S NOTICE<br>OF CIPA FILING** |

The United States of America, by and through undersigned counsel, hereby provides notice that on September 8, 2014, the government filed with the Classified Information Security Officer its Response to Defendants' Joint Motion to Compel Discovery.

　　Respectfully submitted,

　　JACK SMITH, Chief　　　　　　　　　　JAIKUMAR RAMASWAMY, Chief
　　Public Integrity Section　　　　　　　　　Asset Forfeiture/Money Laundering Section


By:　*/s/ Maria N. Lerner*　　　　　　By:　*/s/ Ann Marie Blaylock Bacon*
　　　PETER M. KOSKI, Deputy Chief　　　　ANN MARIE BLAYLOCK BACON
　　　MARIA N. LERNER, Trial Attorney　　　Trial Attorney