| | | |
|---|---|---|
| JACK SMITH, Chief | JAIKUMAR RAMASWAMY, Chief | CARLIE CHRISTENSEN, Acting U.S.A. (#633) |
| Peter M. Koski, Deputy Chief | Ann Marie Blaylock Bacon, Trial Atty | Karin Fojtik, A.U.S.A. (# 7527) |
| Maria N. Lerner, Trial Attorney | U.S. Department of Justice | U.S. Attorney's Office, District of Utah |
| U.S. Department of Justice | Criminal Division, Asset Forfeiture and | 185 South State Street, Suite 300 |
| Criminal Division, Public Integrity Section | Money Laundering Section | Salt Lake City, Utah 84111-1506 |
| 1400 New York Ave. NW, 12th Floor | 1400 New York Ave. NW, 10th Floor | Telephone:  801.524.5682 |
| Washington, D.C. 20530 | Washington, D.C. 20530 | Facsimile:   801.524.6924 |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT G. LUSTYIK, JR. and<br>JOHANNES W. THALER,<br><br>Defendants. | Case No.  2:12-cr-645 (TC) (DBP)<br><br>**GOVERNMENT'S NOTICE<br>OF CIPA FILING** |

The United States of America, by and through undersigned counsel, hereby provides notice that on September 8, 2014, the government filed with the Classified Information Security Officer its Response to Defendants' Joint Motion to Compel Discovery.

Respectfully submitted,

| | |
|---|---|
| JACK SMITH, Chief | JAIKUMAR RAMASWAMY, Chief |
| Public Integrity Section | Asset Forfeiture/Money Laundering Section |

By:   */s/ Maria N. Lerner*          By:   */s/ Ann Marie Blaylock Bacon*
      PETER M. KOSKI, Deputy Chief      ANN MARIE BLAYLOCK BACON
      MARIA N. LERNER, Trial Attorney    Trial Attorney