FILED
U.S. DISTRICT COURT

2014 SEP -8  D 4: 09

DISTRICT OF UTAH

BY: _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ROBERT G. LUSTYIK, JR. and<br>JOHANNES W. THALER,<br><br>  Defendants. | Case No. 2:12-cr-645 (TC) (DBP)<br><br>**SEALING ORDER** |

After consideration of the Government's Motion to seal its Motion *In Limine* seeking to preclude the introduction of evidence or inquiry related to Government's Federal agent or Federal employee witnesses' (hereafter referred to collectively as the "Government's witnesses") personal lives [docket # ], and for good cause shown, it is hereby

**ORDERED** that the Government's Motion is **GRANTED**; and it is further

**ORDERED** that the Government's Motion *In Limine* regarding Government witnesses' personal lives shall be filed under seal and that any response to such motion shall also be filed under seal.

DATED this 8th day of September, 2014.

BY THE COURT:

*Dustin B. Pead*

~~TENA CAMPBELL~~
U.S. District ~~Court~~ Judge
Magistrate