| | |
|---|---|
| JACK SMITH, Chief | KATHLEEN M. KEDIAN, Chief |
| Peter M. Koski, Deputy Chief | Ryan Scott Ferber, Trial Attorney |
| Maria N. Lerner, Trial Attorney | U.S. Department of Justice |
| U.S. Department of Justice | National Security Division |
| Criminal Division, Public Integrity Section | Counterespionage Section |
| 1400 New York Ave. NW, 12th Floor | 600 E Street, NW |
| Washington, D.C. 20530 | Washington, D.C. 20530 |
| | |
| JAIKUMAR RAMASWAMY, Chief | CARLIE CHRISTENSEN, Acting U.S. Attorney (#633) |
| Ann Marie Blaylock Bacon, Trial Attorney | Karin Fojtik, A.U.S.A. (# 7527) |
| U.S. Department of Justice | U.S. Attorney's Office, District of Utah |
| Criminal Division, Asset Forfeiture and | 185 South State Street, Suite 300 |
|     Money Laundering Section | Salt Lake City, Utah 84111-1506 |
| 1400 New York Ave. NW, 10th Floor | Telephone:    801.524.5682 |
| Washington, D.C. 20530 | Facsimile:    801.524.6924 |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-645 (TC) (DBP) |
| Plaintiff, | |
| vs. | **GOVERNMENT'S NOTICE OF CIPA FILING** |
| ROBERT G. LUSTYIK, JR. and JOHANNES W. THALER, | |
| Defendants. | |

The United States of America, by and through undersigned counsel, hereby provides notice that on September 17, 2014, it filed with the Classified Information Security Officer the following documents:

- Government's Supplement to its Motion For Hearing Pursuant to CIPA Section 6(a) And Notice Of Objections Concerning Use, Relevance, And Admissibility Of Classified Information Identified In Defendants' Second Amended CIPA Section 5(a) Notice;

-2-

- Appendix B accompanying the supplemental motion;

- Proposed Order; and

- Government's *Ex Parte* Classified Addendum to its Supplement to its Motion For Hearing Pursuant to CIPA Section 6(a) And Notice Of Objections Concerning Use, Relevance, And Admissibility Of Classified Information Identified In Defendants' Second Amended CIPA Section 5(a) Notice

Respectfully submitted,

| | |
|---|---|
| JACK SMITH<br>Chief | KATHLEEN M. KEDIAN<br>Chief |
| By: /s/ Maria N. Lerner<br>Peter M. Koski, Deputy Chief<br>Maria N. Lerner, Trial Attorney<br>Public Integrity Section | By: /s/ Ryan Scott Ferber<br>Ryan Scott Ferber, Trial Attorney<br>Counterespionage Section<br>National Security Division |

JAIKUMAR RAMASWAMY
Chief

By:  /s/ Ann Marie Blaylock Bacon
     Ann Marie Blaylock Bacon, Trial Attorney
     Asset Forfeiture & Money Laundering Section