IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT G. LUSTYIK, JR., and<br>JOHANNES W. THALER,<br><br>    Defendants. | **ORDER**<br><br>Case No. 2:12-CR-645-TC<br><br>Judge Tena Campbell |

The court understands that the government is working with stakeholder agencies to determine whether a subset of the classified information noticed by the defendants in their Second Amended Joint CIPA Section 5(a) Notice and Supplement can be declassified.

If the status of any of the noticed information has changed, the court directs the government to provide that information to the court as soon as possible, preferably before the close of business on Friday, September 19, 2014, so that the court may take that information into consideration as it prepares for the Section 6(a) Hearing.

The court also directs the government to provide it with the list of witnesses that it expects to call at trial as soon as possible.

SO ORDERED this 18th day of September, 2014.

BY THE COURT:

_____
Tena Campbell
United States District Judge