| | | |
|---|---|---|
| JACK SMITH, Chief | JAIKUMAR RAMASWAMY, Chief | CARLIE CHRISTENSEN, Acting U.S.A. (#633) |
| Peter M. Koski, Deputy Chief | Ann Marie Blaylock Bacon, Trial Atty | Karin Fojtik, A.U.S.A. (# 7527) |
| Maria N. Lerner, Trial Attorney | U.S. Department of Justice | U.S. Attorney's Office, District of Utah |
| U.S. Department of Justice | Criminal Division, Asset Forfeiture and | 185 South State Street, Suite 300 |
| Criminal Division, Public Integrity Section | Money Laundering Section | Salt Lake City, Utah 84111-1506 |
| 1400 New York Ave. NW, 12th Floor | 1400 New York Ave. NW, 10th Floor | Telephone:  801.524.5682 |
| Washington, D.C. 20530 | Washington, D.C. 20530 | Facsimile:   801.524.6924 |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ROBERT G. LUSTYIK, JR. and<br>JOHANNES W. THALER,<br><br>        Defendants. | Case No.  2:12-cr-645 (TC) (DBP)<br><br>**GOVERNMENT'S NOTICE OF COMPLIANCE WITH COURT'S ORDER** |

The United States, by and through undersigned counsel, respectfully files this Notice of Compliance with the Court's Order of September 18, 2014, which orders the Government to provide the Court with its witness list.  Doc. 847.  The Government provided its witness list to the Court today via e-mail.  The Government reserves the right to amend the witness list up to, and during, the trial.

Respectfully submitted,

JACK SMITH                                   JAIKUMAR RAMASWAMY
Chief                                                Chief

By:  */s/ Maria N. Lerner*                   By:  */s/ Ann Marie Blaylock Bacon*
        Peter M. Koski, Deputy Chief                 Ann Marie Blaylock Bacon, Trial Attorney
        Maria N. Lerner, Trial Attorney               Asset Forfeiture/Money Laundering Section
        Public Integrity Section