FILED
U.S. DISTRICT COURT

2014 SEP 19 ⊃ 1: 26

DISTRICT OF UTAH

BY:_____
        DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 2:12-cr-00645 (TC) |
|     Plaintiff | Honorable Dustin Pead |
| v. | |
| ROBERT G. LUSTIYK, JR., and JOHANNES W. THALER | |
|     Defendants | |

## ORDER

Defendants' Motion to file their Response to Docket 830 Under Seal is hereby Granted.

It is hereby **ORDERED** that Defendants may file their Response to the Government's Motion *In Limine* to Preclude Evidence of Taylor's Value as a Source and Of Prior Good Acts [830] ***Under Seal***.

DATED this __19th__ day of September, 2014

_Tena Campbell_
for
Magistrate Judge Dustin Pead