FILED
U.S. DISTRICT COURT

2014 SEP 25 A 11: 29

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT G. LUSTYIK, JR. and<br>JOHANNES W. THALER,<br><br>Defendants. | Case No. 2:12-cr-645 (TC) (DBP)<br><br>**SEALING ORDER** |

After consideration of the United States' Motion to Seal Exhibits to Motion to Quash Subpoenas, and for good cause shown, it is hereby

**ORDERED** that the United States' Motion to Seal Exhibits to Motion to Quash Subpoenas is **GRANTED**; and it is further

**ORDERED** that the Exhibits to the United States' Motion to Quash Subpoenas shall be filed under seal.

DATED this 25th day of September, 2014.

BY THE COURT:

*Lena Campbell*

for DUSTIN B. PEAD
U.S. Magistrate Judge