| | | |
|---|---|---|
| JACK SMITH, Chief<br>Peter M. Koski, Deputy Chief<br>Maria N. Lerner, Trial Attorney<br>U.S. Department of Justice<br>Criminal Division, Public Integrity Section<br>1400 New York Ave. NW, 12th Floor<br>Washington, D.C. 20530 | JAIKUMAR RAMASWAMY, Chief<br>Ann Marie Blaylock Bacon, Trial Atty<br>U.S. Department of Justice<br>Criminal Division, Asset Forfeiture and<br>  Money Laundering Section<br>1400 New York Ave. NW, 10th Floor<br>Washington, D.C. 20530 | CARLIE CHRISTENSEN, Acting U.S.A. (#633)<br>Karin Fojtik, A.U.S.A. (# 7527)<br>U.S. Attorney's Office, District of Utah<br>185 South State Street, Suite 300<br>Salt Lake City, Utah 84111-1506<br>Telephone:  801.524.5682<br>Facsimile:   801.524.6924 |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT G. LUSTYIK, JR. and<br>JOHANNES W. THALER,<br><br>　　　　　　Defendants. | Case No.  2:12-cr-645 (TC) (DBP)<br><br>**GOVERNMENT'S PROPOSED<br>VERDICT FORM** |

The United States, by and through undersigned counsel, respectfully submits the attached proposed verdict form.



　　　　Respectfully submitted,

　　　　JACK SMITH　　　　　　　　　　　　　JAIKUMAR RAMASWAMY
　　　　Chief　　　　　　　　　　　　　　　　　　Chief

By:　　*/s/ Maria N. Lerner*　　　　　　　By:　　*/s/ Ann Marie Blaylock Bacon*
　　　　Peter M. Koski, Deputy Chief　　　　　　Ann Marie Blaylock Bacon, Trial Attorney
　　　　Maria N. Lerner, Trial Attorney　　　　　Asset Forfeiture/Money Laundering Section
　　　　Public Integrity Section

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ROBERT G. LUSTYIK, JR. and<br>JOHANNES W. THALER,<br><br>                Defendants. | Case No.  2:12-cr-645 (TC) (DBP)<br><br>**VERDICT FORM** |

**<u>Count One</u>**
(Conspiracy to Commit Bribery, Obstruction of
Grand Jury Proceeding, and Obstruction of Agency Proceeding)

    We, the jury, unanimously find the defendant, ROBERT G. LUSTYIK JR.,

_____ as charged in Count One of the Indictment.
   (Guilty or Not Guilty)


    We, the jury, unanimously find the defendant, JOHANNES W. THALER,

_____ as charged in Count One of the Indictment.
   (Guilty or Not Guilty)

## **Count Two**
(Honest Services Wire Fraud)

We, the jury, unanimously find the defendant, ROBERT G. LUSTYIK JR.,

_____ as charged in Count Two of the Indictment.
(Guilty or Not Guilty)


We, the jury, unanimously find the defendant, JOHANNES W. THALER,

_____ as charged in Count Two of the Indictment.
(Guilty or Not Guilty)


## **Count Three**
(Honest Services Wire Fraud)

We, the jury, unanimously find the defendant, ROBERT G. LUSTYIK JR.,

_____ as charged in Count Three of the Indictment.
(Guilty or Not Guilty)


We, the jury, unanimously find the defendant, JOHANNES W. THALER,

_____ as charged in Count Three of the Indictment.
(Guilty or Not Guilty)


## **Count Four**
(Honest Services Wire Fraud)

We, the jury, unanimously find the defendant, ROBERT G. LUSTYIK JR.,

_____ as charged in Count Four of the Indictment.
(Guilty or Not Guilty)


We, the jury, unanimously find the defendant, JOHANNES W. THALER,

_____ as charged in Count Four of the Indictment.
(Guilty or Not Guilty)

## Count Five
(Honest Services Wire Fraud)

We, the jury, unanimously find the defendant, ROBERT G. LUSTYIK JR.,

_____ as charged in Count Five of the Indictment.
(Guilty or Not Guilty)

We, the jury, unanimously find the defendant, JOHANNES W. THALER,

_____ as charged in Count Five of the Indictment.
(Guilty or Not Guilty)

## Count Six
(Honest Services Wire Fraud)

We, the jury, unanimously find the defendant, ROBERT G. LUSTYIK JR.,

_____ as charged in Count Six of the Indictment.
(Guilty or Not Guilty)

We, the jury, unanimously find the defendant, JOHANNES W. THALER,

_____ as charged in Count Six of the Indictment.
(Guilty or Not Guilty)

## Count Seven
(Honest Services Wire Fraud)

We, the jury, unanimously find the defendant, ROBERT G. LUSTYIK JR.,

_____ as charged in Count Seven of the Indictment.
(Guilty or Not Guilty)

We, the jury, unanimously find the defendant, JOHANNES W. THALER,

_____ as charged in Count Seven of the Indictment.
(Guilty or Not Guilty)

## Count Eight
(Honest Services Wire Fraud)

We, the jury, unanimously find the defendant, ROBERT G. LUSTYIK JR.,

_____ as charged in Count Eight of the Indictment.
(Guilty or Not Guilty)


We, the jury, unanimously find the defendant, JOHANNES W. THALER,

_____ as charged in Count Eight of the Indictment.
(Guilty or Not Guilty)


## Count Nine
(Honest Services Wire Fraud)

We, the jury, unanimously find the defendant, ROBERT G. LUSTYIK JR.,

_____ as charged in Count Nine of the Indictment.
(Guilty or Not Guilty)


We, the jury, unanimously find the defendant, JOHANNES W. THALER,

_____ as charged in Count Nine of the Indictment.
(Guilty or Not Guilty)


## Count Ten
(Obstruction of Grand Jury Proceeding)

We, the jury, unanimously find the defendant, ROBERT G. LUSTYIK JR.,

_____ as charged in Count Ten of the Indictment.
(Guilty or Not Guilty)


We, the jury, unanimously find the defendant, JOHANNES W. THALER,

_____ as charged in Count Ten of the Indictment.
(Guilty or Not Guilty)

**Count Eleven**
(Obstruction of Agency Proceeding)

We, the jury, unanimously find the defendant, ROBERT G. LUSTYIK JR.,

_____ as charged in Count Eleven of the Indictment.
    (Guilty or Not Guilty)


We, the jury, unanimously find the defendant, JOHANNES W. THALER,

_____ as charged in Count Eleven of the Indictment.
    (Guilty or Not Guilty)



So say we all, this _____ day of _____, 2014


_____
FOREPERSON