| | |
|---|---|
| JACK SMITH, Chief | KATHLEEN M. KEDIAN, Chief |
| Peter M. Koski, Deputy Chief | Ryan Scott Ferber, Trial Attorney |
| Maria N. Lerner, Trial Attorney | U.S. Department of Justice |
| U.S. Department of Justice | National Security Division |
| Criminal Division, Public Integrity Section | Counterespionage Section |
| 1400 New York Ave. NW, 12th Floor | 600 E Street, NW |
| Washington, D.C. 20530 | Washington, D.C. 20530 |
| | |
| JAIKUMAR RAMASWAMY, Chief | CARLIE CHRISTENSEN, Acting U.S. Attorney (#633) |
| Ann Marie Blaylock Bacon, Trial Attorney | Karin Fojtik, A.U.S.A. (# 7527) |
| U.S. Department of Justice | U.S. Attorney's Office, District of Utah |
| Criminal Division, Asset Forfeiture and Money Laundering Section | 185 South State Street, Suite 300 |
| 1400 New York Ave. NW, 10th Floor | Salt Lake City, Utah 84111-1506 |
| Washington, D.C. 20530 | Telephone:     801.524.5682 |
| | Facsimile:     801.524.6924 |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT G. LUSTYIK, JR. and<br>JOHANNES W. THALER,<br><br>Defendants. | Case No. 2:12-cr-645 (TC) (DBP)<br><br>**GOVERNMENT'S NOTICE OF CIPA FILING** |

The United States of America, by and through undersigned counsel, hereby provides notice that on September 25, 2014, it filed with the Classified Information Security Officer its Motion Pursuant to CIPA Section 6(c) and associated materials.

//

//

[SIGNATURES ON NEXT PAGE]

//

//

-2-

Respectfully submitted,

| | | |
|---|---|---|
| JACK SMITH | | KATHLEEN M. KEDIAN |
| Chief | | Chief |

By: */s/ Maria N. Lerner*      By: */s/ Ryan Scott Ferber*
      Peter M. Koski, Deputy Chief       Ryan Scott Ferber, Trial Attorney
      Maria N. Lerner, Trial Attorney       Counterespionage Section
      Public Integrity Section       National Security Division

JAIKUMAR RAMASWAMY
Chief

By: */s/ Ann Marie Blaylock Bacon*
      Ann Marie Blaylock Bacon, Trial Attorney
      Asset Forfeiture & Money Laundering Section