IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT G. LUSTYIK JR.,<br>.<br>　　　　Defendant | Case No. 2:12-cr-00645-TC-DBP |

MOTION TO WITHDRAW
MOTION AND REQUEST FOR TRAVEL FOR INVESTIGATOR

　　Due to recent pleadings on September 29, 2014, counsel for defendant Robert Lustyik withdraws "**Defendant Lustyik's Ex Parte Motion to Authorize Investigator Charles Mulcahy Travel and Travel Expenses**" (*filed Ex Parte and Under Seal on September 26, 2014*) as he is no longer needed.

Respectfully Submitted,

Robert G. Lustyik, Jr.,
By his attorney,

*/s/ Raymond Mansolillo*
_____
Raymond Mansolillo, Esq. *(Admitted Pro Hac)*
101 Federal Street, Suite 1900
Boston, MA  02110
Telephone: (617) 342-7181
Facsimile:   (617) 342-7080
Email:      rmansolillo@cox.net

Michael J. Langford, Utah State Bar #9682 (Local Counsel)
Law Office of Michael J. Langford, P.C.
9 Exchange Place, Suite 650
Salt Lake City, Utah  84111
Telephone: (801) 328-4090
Facsimile:   (801) 746-5613
Email:      Michael@mjl-law.com

**Certificate of Service**

I, Raymond Mansolillo, hereby certify that on this 29th day of September, 2014, the aforementioned **MOTION TO WITHDRAW MOTION AND REQUEST FOR TRAVEL FOR INVESTIGATOR** was electronically filed via ECF.

*/s/ Raymond Mansolillo*

Raymond Mansolillo