IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ROBERT G. LUSTYIK, JR., and<br>JOHANNES W. THALER,<br><br>                Defendants. | Case No.  2:12-cr-645 (TC) (DBP)<br><br>**ORDER GRANTING GOVERNMENT'S MOTION TO SEAL** |

After consideration of the Government's Motion to Seal Exhibits to Motion for Preliminary Order of Forfeiture, and for good cause shown, it is hereby

**ORDERED** that the Government's Motion is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall docket exhibits to the Government's Motion for Preliminary Order of Forfeiture that contain bank account information and other personally identifiable information, under seal.

DATED this  5th  day of November, 2014.

BY THE COURT:

Dustin B. Pead
U.S. Magistrate Judge