IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT G. LUSTYIK, JR., et al.,<br><br>Defendants. | Case No. 2:12-cr-645 (TC) (DBP)<br><br>**ORDER GRANTING UNITED STATES'S MOTION TO SEAL** |

After consideration of the Government's Motion to Seal Motion to Reschedule, and for good cause shown, it is hereby

**ORDERED** that the Government's Motion is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall docket the United States' Motion to Reschedule under seal.

DATED this 3:ẏ day of November, 2014.

BY THE COURT:

*[signature]*

Dustin B. Pead
U.S. Magistrate Judge