Daniel Calabro, Jr., Esq.
24 Pettaconsett Ave.
Cranston, RI 02920
401-390-3342
888-461-1955 (fax)
calabrolaw@cox.net
calabrolaw@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff<br><br>v.<br><br>ROBERT G. LUSTYIK, JR. and<br>JOHANNES W. THALER<br><br>    Defendants | Criminal No. 2:12-cr-00645 (TC)<br><br>Honorable Tena Campbell |

**DEFENDANT THALER'S MOTION TO JOIN IN DEFENDANT LUSTYIK'S RESPONSE TO GOVERNMENT'S MOTION FOR PRELIMINARY ORDER OF FORFEITURE [#955]**

   Defendant Johannes Thaler, by and through undersigned counsel, hereby move to join in Robert Lustyik's Response [Docket #955].

1

2

Respectfully Submitted,

Johannes Thaler,
By his attorney,

*/s/ Daniel Calabro, Jr.*
Daniel Calabro, Jr., Esq.
24 Pettaconsett Ave.
Cranston, RI 02920

## **CERTIFICATION**

      I hereby certify that on the 19th day of January, 2015, I served a copy of this Motion via CM/ECF system.


*/s/ Daniel Calabro, Jr.*
Daniel Calabro